IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LaTONIA LEWIS                                                                                                PLAINTIFF

vs.                                              4:06CV00782-WRW

SBC DISABILITY INCOME PLAN                                                                      DEFENDANT

### ORDER

The above styled matter was filed in this Court on July 5, 2006. On August 25, 2006 and again on October 10, 2006, the Court entered Orders directing the Plaintiff, LaTonia Lewis, to pay a filing fee in the amount of $350 within 30 days of the date of the Order.

Pursuant to the October 10, 2006, Order and Ms. Lewis having not paid the $350 filing fee, the Clerk is directed to dismiss this case, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 28th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddism.filingfee.wpd